IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY A. SOTO | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 08-CV-5181 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : : : | |
| | : | |
| Defendant | : | |

**ORDER**

AND NOW, this 22nd day of October, 2009, upon careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice entered September 29, 2009, and Defendant having filed no objections by the October 21, 2009 deadline, it is hereby ORDERED that:

1. The Report and Recommendation (Doc. No. 17) is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED; and,

3. The matter is REMANDED to the Commissioner of Social Security for further review consistent with the Report and Recommendation.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.